IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LAILA GOMAA,

        Plaintiff,

    vs.                 Case No. 3:07cv332

DRUG ENFORCEMENT       JUDGE WALTER HERBERT RICE
ADMINISTRATION,

        Defendant.

---

DECISION AND ENTRY HOLDING VOLUNTARY SURRENDER OF CONTROLLED SUBSTANCES PRIVILEGES FORM, EXECUTED BY DEFENDANT, TO BE A NULLITY, AND DISMISSING CAPTIONED CAUSE; TERMINATION ENTRY

---

Pursuant to the agreement reached by and between counsel, as set forth upon the record during a September 17, 2007, telephone conference call held between Court and counsel, the Voluntary Surrender of Controlled Substances Privileges form signed by the Defendant on September 4, 2007, is declared to be a nullity, and the captioned cause is dismissed.

Government's counsel has indicated that further proceedings against the Plaintiff may well be had, albeit through established administrative procedures.

      The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

|  |  |
|---|---|
| September 19, 2007 | /s/ Walter Herbert Rice |
|  | WALTER HERBERT RICE |
|  | UNITED STATES DISTRICT JUDGE |

Copies to:

Dale Ann Goldberg, Esq.
George A. Katchmer, Jr., Esq.

WHR:slc